

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MEDICAL DISTRIBUTION CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE SURGICAL COMPANY BV, a Netherlands limited liability company,<br><br>Defendant. | Case No. SAC07-1420 DOC(MLGx)<br><br>[PROPOSED] JUDGMENT<br><br>Complaint Filed: December 27, 2007<br><br>Honorable David O. Carter |

Pursuant to the Court's September 15, 2008 Order Granting In Part And Denying In Part [the] Motion For Summary Judgment filed by Plaintiff Applied Medical Distribution Corporation ("Applied") for summary judgment, which came before the Court for hearing on April 14, 2008, the Court has fully considered the evidence presented, has duly heard the issues, and has duly rendered a decision,

**IT IS HEREBY ADJUDGED AND DECREED THAT:**

1. Plaintiff Applied and Defendant The Surgical Company (the "Parties") entered into a three-year Distribution Agreement (the "Agreement") on or about August 26, 2006, effective (retroactively) January 1, 2005;

2. The Agreement provides that no goodwill indemnities or any compensation may be awarded upon termination of the Agreement;

3. The Agreement provides that any dispute arising out of the Agreement shall be adjudicated in a California forum under California law; and

4. The Agreement provides that the prevailing Party in any legal action is entitled to attorneys' fees and costs.

**WHEREFORE, IT IS ORDERED AND ADJUDGED THAT:**

<u>Declaratory Relief Precluding Award of Goodwill Indemnities</u>

5. The Court declares that the Agreement terminated pursuant to its terms on December 31, 2007;

6. The Court declares that The Surgical Company's claim of entitlement under Belgian law to goodwill indemnity and other compensation as a result of the termination of the Agreement is a dispute arising out the Agreement;

7. The Court declares that the Agreement—and all of its provisions—accordingly govern the Surgical Company's claim;

8. The Court declares that the Agreement's plain terms dictate that The Surgical Company shall take nothing upon termination of the Agreement.

9. The Court finds that Applied has prevailed in its declaratory relief claim and awards Applied its costs, expenses and attorneys' fees in accordance with the terms of the Agreement and this Court's Minute Order dated December 11, 2008, in the amount of $107,236.19 US;

<u>Anti-Suit Injunction</u>

10. The Court nevertheless declines to enjoin The Surgical Company from pursuing relief in Belgium or any other non-California forum under non-California law.

**IT IS SO ORDERED.**

Dated: January 15 2009

_____
THE HON. DAVID O. CARTER
United State District Judge